# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| HENDRIK BLOCK,<br><br>    Plaintiff,<br><br>v.<br><br>MERCED FOOD CENTER; HAMID YAHYA,<br><br>    Defendants. | Case No. 19-CV-00969-AWI-SAB<br><br>ORDER RE STIPULATION FOR EXTENSION OF TIME FOR MERCED FOOD CENTER AND HAMID YAHYA TO RESPOND TO COMPLAINT AND CONTINUING SCHEDULING CONFERENCE<br><br>(ECF No. 10) |

Pursuant to the stipulation of the parties, IT IS HEREBY ORDERED that:

1. Defendants MERCED FOOD CENTER and HAMID YAHYA shall file a responsive pleading on or before September 26, 2019; and

2. The October 15, 2019 scheduling conference is continued to December 18, 2019, at 9:30 a.m. in Courtroom 9; and

3. The parties shall file a joint scheduling report seven days prior to the continued scheduling conference.

IT IS SO ORDERED.

Dated:   **August 28, 2019**                                    
                                                UNITED STATES MAGISTRATE JUDGE