# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| HENDRIK BLOCK,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>MERCED FOOD CENTER, et al.,<br><br>　　　　Defendants. | Case No. 1:19-cv-00969-AWI-SAB<br><br>ORDER RE STIPULATION FOR EXTENSION OF TIME FOR DEFENDANTS TO RESPOND TO COMPLAINT AND CONTINUING SCHEDULING CONFERENCE<br><br>(ECF No. 13) |

On September 26, 2019, the parties filed a stipulation requesting an extension of time for Defendants to file a responsive pleading and a continuance of the scheduling conference to allow for a third-party inspection of the subject property and settlement negotiations. (ECF No. 13.)

Pursuant to the stipulation of the parties, IT IS HEREBY ORDERED that:

1. Defendants shall file a responsive pleading on or before November 26, 2019;
2. The December 18, 2019 scheduling conference is continued to March 10, 2020, at 10:30 a.m. in Courtroom 9; and
3. The parties shall file a joint scheduling report seven days prior to the continued scheduling conference.

IT IS SO ORDERED.

Dated: **September 27, 2019**

　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE

1