# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| HENDRIK BLOCK,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>MERCED FOOD CENTER, et al.,<br><br>　　　　Defendants. | Case No. 1:19-cv-00969-AWI-SAB<br><br>ORDER RE STIPULATION FOR THIRD EXTENSION OF TIME FOR DEFENDANTS TO RESPOND TO COMPLAINT<br><br>(ECF No. 15) |

Following two previous stipulations and orders granting extensions for Defendants to file responsive pleadings, the deadline for Defendants to file a responsive pleading has passed, having expired on November 26, 2019. (ECF Nos. 10, 11, 13, 14.) Currently before the Court is the parties' third stipulated request to extend the time for Defendants to file a responsive pleading, by which the parties have stipulated to extend the deadline to December 27, 2019. (ECF No. 15.) The parties state the reason for the extension is to obtain and review a final third-party inspection report of the subject property and to pursue settlement negotiations. (Id.)

Finding good cause, pursuant to the stipulation of the parties, IT IS HEREBY ORDERED that Defendants shall file a responsive pleading on or before December 27, 2019.

IT IS SO ORDERED.

Dated: **December 5, 2019**

　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE

1