# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| HENDRIK BLOCK,<br><br>         Plaintiff,<br><br>    v.<br><br>MERCED FOOD CENTER, et al.,<br><br>         Defendants. | Case No. 1:19-cv-00969-AWI-SAB<br><br>ORDER RE STIPLULATION FOR FOURTH EXTENSION OF TIME FOR DEFENDANTS TO RESPOND TO COMPLAINT<br><br>(ECF No. 18) |

Currently before the Court is the parties' fourth stipulated request to extend the time for Defendants to file a responsive pleading, by which the parties have stipulated to extend the deadline to January 3, 2020.

Finding good cause, pursuant to the stipulation of the parties, IT IS HEREBY ORDERED that Defendants shall file a responsive pleading on or before January 3, 2020.

IT IS SO ORDERED.

Dated: __**December 30, 2019**__

_____
UNITED STATES MAGISTRATE JUDGE

1