# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| HENDRIK BLOCK,<br><br>    Plaintiff,<br><br>    v.<br><br>MERCED FOOLD CENTER, et al.,<br><br>    Defendants. | Case No. 1:19-cv-00969-AWI-SAB<br><br>ORDER REQUIRING DEFENDANT TO SUBMIT CONFIDENTIAL SETTLEMENT STATEMENT |

    A settlement conference in this action is set for June 4, 2020 at 11:00 a.m. before the undersigned. (ECF No. 31.) Pursuant to the order setting the settlement conference, the parties were required to submit a confidential settlement statement to the Court **one week prior** to the conference date. (Id. at 1.) The Court has timely received the confidential statement from Plaintiff, however no statement has been received from Defendants.

    This Court spends considerable time preparing for settlement conference so as to make it meaningful to the parties and results in a greater likelihood of settlement success. Settlement is extremely important in this district where the judges have one of the highest caseloads per judge in the United States. The settlement conference statement assists the Court in adequately preparing for these matters. They are not pro forma.

    When a confidential statement was not received from Defendants, the courtroom deputy reached out to defense counsel on Friday, May 29, 2020 by email inquiring into the status of the

statement.  No response to the May 29, 2020 email has been received.  Defendants shall be required to submit a confidential settlement statement in compliance with the May 14, 2020 order.

Accordingly, IT IS HEREBY ORDERED that Defendants shall submit a confidential settlement statement by the end of today, Monday, June 1, 2020.  <u>Defendants are advised that the failure to comply with this order may result in the issuance of sanctions, up to and including entry of default.</u>

IT IS SO ORDERED.

Dated:   **June 1, 2020**

UNITED STATES MAGISTRATE JUDGE