# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| HENDRIK BLOCK,<br><br>　　　　Plaintiff,<br><br>　　v<br><br>MERCED FOOD CENTER, et al.,<br><br>　　　　Defendants. | Case No. 1:19-cv-00969-AWI-SAB<br><br>ORDER FOLLOWING SETTLEMENT; VACATING DATES AND DIRECTING PARTIES TO FILE DISPOSITIVE DOCUMENTS<br><br>THIRTY DAY DEADLINE |

This action was filed on July 15, 2019. On June 4, 2020, this Court conducted a settlement conference. During the settlement conference, the parties reached a settlement agreement.

Based upon the settlement of this action, it is HEREBY ORDERED that:

1.　All pending matters and dates in this action are VACATED; and

2.　Dispositional documents shall be filed within **thirty (30) days** from the date of service of this order.

IT IS SO ORDERED.

Dated: **June 4, 2020**

　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE

1