UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| HENDRIK BLOCK,<br><br>            Plaintiff,<br><br>      vs.<br><br>MERCED FOOD CENTER, et al.,<br><br>            Defendants. | No. 1:19-cv-00969-AWI-SAB<br><br>ORDER GRANTING PLAINTIFF'S REQUEST FOR EXTENSION OF TIME WITHIN WHICH TO FILE DISPOSITIONAL DOCUMENTS<br><br>(ECF No. 35) |

On June 4, 2020, the parties participated in a settlement conference and reached an agreement to settle this action. An order issued requiring the parties to file dispositive documents within thirty days. On July 13, 2020, Plaintiff filed a request for an extension of time to file dispositive documents as a signed settlement agreement has not yet been received from Defendants.

The Court finds that good cause exists to grant Plaintiff's request. Accordingly, IT IS HEREBY ORDERED that the deadline by which the parties shall file dispositive documents shall be extended to **August 5, 2020**.

IT IS SO ORDERED.

Dated:   **July 14, 2020**

_____
UNITED STATES MAGISTRATE JUDGE

1